# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION RICKETTS, | Case No. SA CV 16-01270 JVS (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C. HOLLAND, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: January 09, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE